**CYNDEE L. PETERSON**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine
Missoula, MT 59802
Phone: (406) 542-8851
FAX: (406) 542-1476
Email: Cyndee.Peterson@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**



FILED
OCT 0 7 2021
Clerk, U.S. District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASEY MILLS HOWARD,<br><br>Defendant. | CR 21 - 48 -M-DWM<br><br>**INDICTMENT**<br><br>**TRANSPORTATION OF CHILD PORNOGRAPHY**<br>Title 18 U.S.C. § 2252A(a)(1)<br>(Count I)<br>(Penalty: Mandatory minimum five to 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, $5,000 special assessment, and up to $35,000 special assessment)<br><br>**DISTRIBUTION & RECEIPT OF CHILD PORNOGRAPHY**<br>Title 18 U.S.C. § 2252(a)(2)<br>(Counts II-III)<br>(Penalty: Mandatory minimum five to 20 years imprisonment, $250,000 fine, five years to lifetime supervised release, $5,000 special assessment, and up to $35,000 special assessment) |

| | FORFEITURE<br>Title 18 U.S.C. § 2253(a) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

That on or about October 3, 2019, at Rexford, in Lincoln County, in the State and District of Montana, and elsewhere, the defendant, CASEY MILLS HOWARD, knowingly transported any child pornography, via Dropbox, as defined in 18 U.S.C. § 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(1) and (b).

## COUNT II

That between on or about December 3, 2017, and October 13, 2019, at Rexford, in Lincoln County, in the State and District of Montana, the defendant, CASEY MILLS HOWARD, knowingly distributed any visual depiction using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and the visual depiction is of such conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT III

That between approximately December 2017 and November 2019, at

Rexford, in Lincoln County, in the State and District of Montana, the defendant, CASEY MILLS HOWARD, knowingly received any visual depiction using any means and facility of interstate and foreign commerce, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and the visual depiction is of such conduct, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

As a result of the commission of any of the crimes described above, and upon his conviction, the defendant, CASEY MILLS HOWARD, shall forfeit to the United States, all right, title and interest in the following described property that represents property used to commit the offense and property that contains any visual depiction described in § 2253(a)(1): a Dell Laptop Computer, model P28F, (serial number 3052721200741), and an iPhone 7 Plus, IMEI 359177073390729, pursuant to 18 U.S.C. § 2253(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____ for
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

3