ANDREW NELSON
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, Montana 59802
Phone: (406) 721-6749
Fax: (406) 721-7751
Email: andy_nelson@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CASEY MILLS HOWARD, <br><br> Defendant. | CR 21-48-M-DWM <br><br> MOTION TO CHANGE PLEA |

CASEY MILLS HOWARD, the above-named Defendant, by and through Defendant's counsel of record, the FEDERAL DEFENDERS OF MONTANA and ANDREW J. NELSON, Assistant Federal Defender, hereby moves this Court to allow him to enter a plea of guilty to count I of the superseding information, which charges one count of possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

A signed plea agreement will be submitted to the Court with no requirement to file under seal.

For the Court's information, defense counsel is presently on vacation and is returning to the office on February 24, 2022.

Government counsel has been notified of the filing of this motion.

RESPECTFULLY SUBMITTED this 17th day of February, 2022.

                                                  CASEY MILLS HOWARD

                                                  /s/ Andrew Nelson
                                                  ANDREW NELSON
                                                  Assistant Federal Defender
                                                  Federal Defenders of Montana
                                                        Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022 a copy of the foregoing document was served on the following persons by the following means:

| | | |
|---|---|---|
| 1, 2 | | CM-ECF |
| | | Hand Delivery |
| 3 | | Mail |
| | | Overnight Delivery Service |
| | | Fax |
| | | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE PETERSON
   Assistant U.S. Attorney
      Counsel for the United States of America

3. CASEY MILLS HOWARD
      Defendant

By: /s/ Andrew Nelson<br>
ANDREW NELSON<br>
Assistant Federal Defender<br>
Federal Defenders of Montana<br>
Counsel for Defendant