ANDREW NELSON
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, Montana 59802
Phone: (406) 721-6749
Fax: (406) 721-7751
Email: andy_nelson@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-48-M-DWM |
| Plaintiff, | |
| vs. | NOTICE |
| CASEY MILLS HOWARD, | |
| Defendant. | |

CASEY MILLS HOWARD, the above-named Defendant, by and through his counsel of record, ANDREW J. NELSON and the FEDERAL DEFENDERS OF MONTANA, hereby notifies the Court that Dr. Michael Scolatti is available, and has been retained, to perform a psychosexual evaluation of Mr. Howard. Based on defense counsel conversations with Dr. Scolatti, the undersigned informs the Court that a September sentencing setting is adequate for Dr. Scolatti to produce the

requested evaluation and give the parties time to review the evaluation prior to the sentencing hearing.

RESPECTFULLY SUBMITTED this 8th day of July, 2022.

                                          CASEY MILLS HOWARD

                                          /s/ Andrew Nelson
                                          ANDREW NELSON
                                          Assistant Federal Defender
                                          Federal Defenders of Montana
                                                Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022 a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ___ | Hand Delivery |
| 3 | Mail |
| ___ | Overnight Delivery Service |
| ___ | Fax |
| ___ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE PETERSON
   Assistant U.S. Attorney
      Counsel for the United States of America

3. CASEY MILLS HOWARD
      Defendant

By: /s/ Andrew Nelson
ANDREW NELSON
Assistant Federal Defender
Federal Defenders of Montana
   Counsel for Defendant